No. 78–5115. Garrison v. Tennessee. C. A. 6th Cir. Certiorari denied.

No. 78–5123. West v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–5126. Chrisco v. United States. C. A. 8th Cir. Certiorari denied.

No. 78–5150. Thomas v. United States. C. A. 6th Cir. Certiorari denied.

No. 78–5162. Hooker v. Klein, U. S. Marshal. C. A. 9th Cir. Certiorari denied.

No. 78–5182. Munford v. United States. C. A. 3d Cir. Certiorari denied.

No. 78–5188. Brown v. United States. C. A. 6th Cir. Certiorari denied.

No. 78–5210. Hargett v. United States. Ct. App. D. C. Certiorari denied.

No. 78–5226. Jacobson v. United States. C. A. 10th Cir. Certiorari denied.

No. 78–5230. McCoy v. United States. C. A. 6th Cir. Certiorari denied.

No. 78–5233. Abouzahr v. United States. C. A. 9th Cir. Certiorari denied.

No. 78–5235. Langston v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–5248. Parrilla v. Government of the Virgin Islands. C. A. 3d Cir. Certiorari denied.

No. 78–5253. Graser v. Goldberg et al. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.